**In re Mary DOUVILLE, Employee,**

**MN Dept. of Labor & Industry, Workers' Compensation Division, Respondent,**

v.

**JoAnn Stores, Inc., and Kemper Insurance Company, Relators.**

No. C9–02–1186.

Supreme Court of Minnesota.

Oct. 31, 2002.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 20, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
Kathleen A. Blatz
Chief Justice